1 | DANIEL R. BARADAT (SBN 68651)
BARADAT & EDWARDS
2 | 6592 N. First Street
Fresno, California 93710
3 | Telephone:     (559) 431-5366
Facsimile:      (559) 431-1702
4 | Email:  dbaradat@yahoo.com

5 | Attorneys for Plaintiff
CYNTHIA HILL

6 |

7 | STEPHEN C. KENNEY (SBN 53883)
KIMBERLY I. McINTYRE (SBN 184648)
8 | KENNEY & MARKOWITZ L.L.P.
255 California Street, Suite 1300
9 | San Francisco, CA  94111
Telephone:     (415) 397-3100
10 | Facsimile:      (415) 397-3170
Email: skenney@kennmark.com
11 |         kmcintyre@kennmark.com

12 | Attorneys for Defendant
SKYWEST AIRLINES, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT - FRESNO OFFICE

E-FILING

| CYNTHIA HILL, | CASE NO.  1:06-CV-00801-SMS |
| Plaintiff, | **STIPULATION AND ORDER MODIFYING TIME FOR DISCLOSURE OF EXPERT WITNESSES** |
| v. | |
| SKYWEST AIRLINES, INC., et al., | Trial Date:     October 1, 2007 |
| Defendant. | |

Plaintiff Cynthia Hill ("plaintiff") and defendant Skywest Airlines, Inc. ("Skywest"),

through their counsel of record, hereby stipulate and agree to the following:

1.      That good cause exists for rescheduling the date by which the parties are to disclose

expert witnesses' names, qualifications, resumes and written reports pursuant to Fed.R.Civ.P.

Kenney
&
Markowitz
L.L.P.

PDF created with pdfFactory trial version www.pdffactory.com

26(a)(2)(A) and (B).   The deadlines currently set for exchange of expert information are as follows:   (1) disclosure of expert witness information by March 5, 2007; and (2) supplemental disclosure of expert witness information by March 19, 2007.   Plaintiff underwent a second surgery on October 12, 2006, for injuries allegedly sustained in the March 24, 2006 incident which is the subject of this lawsuit, and her treatment for those injuries is ongoing.   Skywest is in the process of subpoenaing the additional records pertaining to this surgery and treatment, and is scheduled to take plaintiff's deposition on February 22, 2007.   Plaintiff is scheduled to take the depositions of various Skywest personnel and percipient witnesses on February 21, 2007.   Based on the fact that plaintiff is continuing to treat and is not yet permanent and stationary, as well as the fact that oral discovery is in its early stages, the parties agree that postponing disclosure of expert witnesses is necessary to ensure the ability to comply with the requirements of Fed.R.Civ.P. 26(a)(2)(A) and (B).

2.     In order to ensure both parties' ability to comply with the requirements of Fed.R.Civ.P. 26(a)(2)(A) and (B), plaintiff and defendant agree that the March 5, 2007 expert disclosure deadline and the March 19, 2007 supplemental disclosure deadline, set in the Court's September 13, 2006 Scheduling Conference Order, be modified as follows:

(a)     The parties are directed to disclose all expert witnesses, in writing, on or before **May 7, 2007**, and all supplemental expert witnesses, in writing, on or before **May 21, 2007**.   The written designation of experts shall be made pursuant to Fed.R.Civ.P. 26(a)(2)(A) and (B) and shall include all information required therein.   Failure to designate experts in compliance with this Order may result in the court excluding the testimony or other evidence offered through such experts that are not disclosed pursuant to this Order.

The provisions of Fed.R.Civ.P. 26(b)(4) shall apply to all discovery relating to experts and their opinions.   Experts must be fully prepared to be examined on all subjects and opinions included in the designation.   Failure to comply will result in the imposition of sanctions,

Kenney
&
Markowitz
L.L.P.

PDF created with pdfFactory trial version www.pdffactory.com

1   which may include striking the expert designation and preclusion of expert testimony.

2   DATED:  February 20, 2007            BARADAT & EDWARDS

3

4

                                        By:_____/s/ Daniel R. Baradat_____
5                                           DANIEL R. BARADAT
                                            Attorneys for Plaintiff
6                                           CYNTHIA HILL

7

8   DATED:  February 26, 2007            KENNEY & MARKOWITZ L.L.P.

9

10                                      By:___/s/ Kimberly I. McIntyre_____
                                            STEPHEN C. KENNEY
11                                          KIMBERLY I. MCINTYRE
                                            Attorneys for Defendant
12                                          SKYWEST AIRLINES, INC.

13

14                              **ORDER**

15       Based on the foregoing Stipulation and for good cause shown, it is hereby ordered as

16   follows:

17          The parties are directed to disclose all expert witnesses, in writing, on or before

18   **May 7, 2007**, and all supplemental expert witnesses, in writing, on or before **May 21, 2007**.  The

19   written designation of experts shall be made pursuant to Fed.R.Civ.P. 26(a)(2)(A) and (B) and

20   shall include all information required therein.  Failure to designate experts in compliance with this

21   Order may result in the court excluding the testimony or other evidence offered through such

22

23   experts that are not disclosed pursuant to this Order.

24          The provisions of Fed.R.Civ.P. 26(b)(4) shall apply to all discovery relating to

25   experts and their opinions.  Experts must be fully prepared to be examined on all subjects and

26   opinions included in the designation.  Failure to comply will result in the imposition of sanctions,

27

28

**Kenney
&
Markowitz
L.L.P.**

PDF created with pdfFactory trial version www.pdffactory.com

1   which may include striking the expert designation and preclusion of expert testimony.

2              **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

3

4
    DATED:   2/27/2007

5

6

7                            /s/ Sandra M. Snyder

                            SANDRA M. SNYDER

8                           UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Kenney
&
Markowitz
L.L.P.**

{30027.301927 0126476.DOC}                -4-
STIPULATION AND ORDER MODIFYING TIME FOR DISCLOSURE OF EXPERT WITNESSES
CASE NO. 1:06-CV-00801-SMS

PDF created with pdfFactory trial version www.pdffactory.com