DANIEL R. BARADAT (SBN 68651)
BARADAT & EDWARDS
6592 N. First Street
Fresno, California 93710
Telephone:   (559) 431-5366
Facsimile:   (559) 431-1702
Email: dbaradat@yahoo.com

Attorneys for Plaintiff
CYNTHIA HILL


STEPHEN C. KENNEY (SBN 53883)
KIMBERLY I. McINTYRE (SBN 184648)
KENNEY & MARKOWITZ L.L.P.
255 California Street, Suite 1300
San Francisco, CA  94111
Telephone:   (415) 397-3100
Facsimile:   (415) 397-3170
Email: skenney@kennmark.com
       kmcintyre@kennmark.com

Attorneys for Defendant
SKYWEST AIRLINES, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT - FRESNO OFFICE

E-FILING

| | |
|---|---|
| CYNTHIA HILL,<br><br>    Plaintiff,<br><br>v.<br><br>SKYWEST AIRLINES, INC., et al.,<br><br>    Defendant. | CASE NO.  1:06-CV-00801-SMS<br><br>**STIPULATION AND ORDER REGARDING PHYSICAL EXAMINATION OF PLAINTIFF CYNTHIA HILL**<br>**Fed.R.Civ.P. 35(b)(3)**<br><br>Trial Date:   October 1, 2007 |

**IT IS HEREBY STIPULATED AND AGREED** to by plaintiff Cynthia Hill ("plaintiff")

and defendant Skywest Airlines, Inc. ("Skywest"), through their counsel of record, that plaintiff

shall submit to a physical examination as follows:

{30027.301927 0127551.DOC}                    -1-
STIPULATION AND ORDER REGARDING PHYSICAL EXAMINATION OF PLAINTIFF CYNTHIA HILL
CASE NO. 1:06-CV-00801-SMS

PDF created with pdfFactory trial version www.pdffactory.com

1. The physical examination will be administered by H.B. Morgan, Jr., M.D., an orthopedic surgeon, on **May 2, 2007**, at Dr. Morgan's office, which is located at 5690 N. Fresno Street, Suite 110, Fresno, California 93710.  The examination will commence at **2:00 P.M.**

2. The physical examination will be limited to the conditions placed in controversy by plaintiff, including the alleged injuries to plaintiff's right wrist and right ankle, as applicable, as well as surgical and recuperative options, if any.  The examination will include, but not be limited to, a history taking of plaintiff, visual and tactile examination, x-rays, and any and all such other tests which are ordinarily deemed part of a general orthopedic physical and/or diagnostic examination for this purpose.

3. Breaks during the examination will be accommodated, as necessary.  The examination described is a standard orthopedic physical examination, which is neither unusual nor inherently painful, which will lead to a comprehensive physical and/or diagnostic assessment of plaintiff.

4. This stipulation for physical examination shall incorporate all the provisions of the Federal Rules of Civil Procedure, Rule 35.  Further, plaintiff and Skywest agree that they will not have present during the physical examination a representative from their respective law firms or any third party.

5. Skywest shall bear the costs of such physical examination.

DATED:  April 16, 2007                           BARADAT & EDWARDS


                                                 By:   /s/ Daniel R. Baradat
                                                        DANIEL R. BARADAT
                                                        Attorneys for Plaintiff
                                                        CYNTHIA HILL

**Kenney & Markowitz L.L.P.**

{30027.301927 0127551.DOC}                -2-
STIPULATION AND ORDER REGARDING PHYSICAL EXAMINATION OF PLAINTIFF CYNTHIA HILL
CASE NO. 1:06-CV-00801-SMS

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| DATED: April _17, 2007 | KENNEY & MARKOWITZ L.L.P. |
| | By:  /s/ Stephen C. Kenney |
| | STEPHEN C. KENNEY |
| | KIMBERLY I. MCINTYRE |
| | Attorneys for Defendant |
| | SKYWEST AIRLINES, INC. |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED:  4/17/2007

 /s/ Sandra M. Snyder
SANDRA M. SNYDER
UNITED STATES MAGISTRATE JUDGE

PDF created with pdfFactory trial version www.pdffactory.com