UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA HILL,<br><br>         Plaintiff,<br>   v.<br><br>SKYWEST AIRLINES, INC.,<br><br>         Defendant. | 1:06-cv-00801-SMS<br><br>ORDER DIRECTING THE FILING OF SUPPLEMENTAL LETTER BRIEFS NO LATER THAN 2:00 p.m. ON THURSDAY, OCTOBER 30, 2008<br><br>ORDER REGARDING SUBJECTS TO BE DISCUSSED AT THE HEARING SET FOR OCTOBER 31, 2008 |

   Plaintiff is proceeding with a civil action in this Court. The matter has been referred to the Magistrate Judge for all proceedings, including the entry of final judgment, pursuant to 28 U.S.C. § 636(c), Fed. R. Civ. P. 73(b), and Local Rule 73-301.

   Pending before the Court is the motion of Defendant Skywest Airlines, Inc., for judgment on the pleadings. The Court has reviewed the motion and opposition submitted by the parties. Defendant argues that federal statutory law preempts state law concerning the standard of care applicable to the present case; Defendant relies on statutory and regulatory law. With respect to pertinent regulations, a review of the materials heretofore submitted by the parties reflects a reference to 14 C.F.R. §

1

91.13(a). However, the Court seeks to be made aware of any other specific, pertinent regulations of the conduct, operations, or things involved in the events that gave rise to Plaintiff's claim.

Accordingly, the Court directs that supplemental letter briefs be filed by each party no later than 2:00 p.m. on Thursday, October 30, 2008, regarding whether or not there are any regulations in Title 14 of the Code of Federal Regulations, or any other federal regulations arguably applicable to the events giving rise to Plaintiff's injuries, which were promulgated pursuant to the Federal Aviation Act of 1958, 49 U.S.C. § 40101 through 49105 (the arguably preempting statute) relating to assistance to passengers during flight; assistance to passengers relating to their luggage or belongings in preparation for, or in the process of, exiting an airplane; providing equipment or mechanisms for passengers' exiting a plane, or regulating the use of equipment or mechanisms for the process of exiting a plane; relating to the checking or stowing of belongings during a flight; or otherwise relating to the conduct and events giving rise to Plaintiff's injuries.

Further, if the Court rules that the state standard of care is preempted, it appears that counsel for each party bears some responsibility for the delay in bringing the matter of the defense of preemption before the Court. Further, the complaint upon which this action rests is reasonably interpreted as containing a claim for general negligence apart from any specific or higher standard of care. Accordingly, the Court would consider granting leave to Plaintiff to file an amendment to the complaint

if needed. In light of the imminence of the trial, the parties ARE DIRECTED TO BE PREPARED TO DISCUSS at the hearing on Friday, October 31, 2008 1) what the standard of care would be if the Court finds that state standards are preempted; 2) what, if any, prejudice would Defendant suffer if leave to amend were granted; and 3) what, if any, additional preparation for trial would be required, including discovery, and what amount of time would be needed to complete any such additional preparation.

IT IS SO ORDERED.

**Dated:     October 29, 2008**                     /s/ Sandra M. Snyder
                                                                      UNITED STATES MAGISTRATE JUDGE