DANIEL R. BARADAT (SBN 068651)
JASON S. BELL (SBN 213234)
BARADAT, EDWARDS & PABOOJIAN, LLP
ATTORNEYS AT LAW
7050 North Fresno Street, Suite 201
Fresno, California 93720-2975
Telephone:   (559) 431-5366
Facsimile:   (559) 431-1702
Email: drb@bep-llp.com
       jsb@bep-llp.com

Attorneys for Plaintiff
CYNTHIA HILL


KEN M. MARKOWITZ (SBN 104674)
KIMBERLY I. McINTYRE (SBN 184648)
KENNEY & MARKOWITZ L.L.P.
255 California Street, Suite 1300
San Francisco, CA  94111
Telephone:   (415) 397-3100
Facsimile:   (415) 397-3170
Email: kmarkowitz@kennmark.com
       kmcintyre@kennmark.com

Attorneys for Defendant
SKYWEST AIRLINES, INC.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT - FRESNO DIVISION - E-FILING

| | |
|---|---|
| CYNTHIA HILL,<br><br>　　　Plaintiff,<br><br>v.<br><br>SKYWEST AIRLINES, INC., et al.,<br><br>　　　Defendant. | CASE NO.  1:06-CV-00801-SMS<br><br>**STIPULATION OF DISMISSAL**<br>**AND ORDER THEREON** |

　　　IT IS HEREBY STIPULATED by and between the parties to this action, through their designated counsel, that the above-captioned action be and hereby is dismissed with prejudice

PDF created with pdfFactory trial version www.pdffactory.com

pursuant to *Federal Rule of Civil Procedure* 41(a)(1). Each party shall bear its own attorneys' fees and costs.

DATED: January 6, 2009            **BARADAT, EDWARDS & PABOOJIAN**

By:      /s/ Jason S. Bell
    DANIEL R. BARADAT
    JASON S. BELL
    Attorneys for Plaintiff
    CYNTHIA HILL

DATED: January 16, 2009           **KENNEY & MARKOWITZ L.L.P**

By:      /s/ Kimberly I. McIntyre
    KEN M. MARKOWITZ
    KIMBERLY I. McINTYRE
    Attorneys for Defendant
    SKYWEST AIRLINES, INC.

### ORDER

**PURSUANT TO STIPULATION OF THE PARTIES, IT IS SO ORDERED THAT THIS ACTION IS DISMISSED WITH PREJUDICE, EACH PARTY TO BEAR ITS OWN ATTORNEYS' FEES AND COSTS.**

Dated:  January 22, 2009           /s/ Sandra M. Snyder
    SANDRA M. SNYDER
    UNITED STATES MAGISTRATE JUDGE

**Kenney & Markowitz L.L.P.**

{30027.301927 0136170.DOC}            -2-
STIPULATION OF DISMISSAL AND ORDER THEREON
CASE NO. 1:06-CV-00801-SMS

PDF created with pdfFactory trial version www.pdffactory.com